MARGARET E. MOREY, Respondent, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Argued December 1, 1932; decided December 16, 1932.)

692

*Jacob Aronson, K. O. Mott-Smith* and *Clive C. Handy* for appellant.

*John E. Mack* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.